

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sedric Eugene Johnson | Civil Action No. 17cv889-LAB(JLB) |
| Plaintiff, | |
| V. | |
| See attachment | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses Plaintiff's Second Amended Complaint in its entirety for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b). Because the Court finds further amendment futile, leave to amend is denied.

Date: 5/8/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17cv889-LAB(JLB)

Defendants
John Doe
Correctional Officer Tower Control

Sergeant John Doe
Bravo Yard Facility Sergeant

Lopez
Correctional Officer Floor Officer B3

Garcia
B3- Floor Correctional Officer

Centinela State Prison

J. Rodriguez
B-Yard #3 - Sgt.